## PATTON v. STATE.
### No. 20412.

Court of Criminal Appeals of Texas.
April 12, 1939.

984

Aldridge & Aldridge, of Farwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the theft of property over the value of fifty dollars, punishment assessed at two years' confinement in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.